IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN CLARK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE ERGO BABY CARRIER, INC.,<br><br>　　　　　Defendant. | Civil Action No. 1:21-cv-134<br>Lead Case |
| KAREN CLARK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MAISONETTE, INC.,<br><br>　　　　　Defendant. | Civil Action No. 1:21-cv-135<br>Member Case |

**NOTICE OF SETTLEMENT**

Plaintiff Karen Clark hereby advises this Honorable Court that she has reached an agreement in principle with Defendant Maisonette, Inc. The parties are finalizing the settlement documents and expect to file a dismissal within thirty days.

Dated: July 6, 2021　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Benjamin J. Sweet*
　　　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　　ben@nshmlaw.com
　　　　　　　　　　　　　　　　　　　**NYE, STIRLING, HALE & MILLER, LLP**
　　　　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15243
　　　　　　　　　　　　　　　　　　　Phone: (412) 857-5350

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Karen Clark*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 6th day of July, 2021.

                                              */s/ Benjamin J. Sweet*
                                              Benjamin J. Sweet