IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN CLARK,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE ERGO BABY CARRIER, INC,<br><br>    Defendant. | Civil Action No. 1:21-cv-134 |

## NOTICE OF SETTLEMENT

Plaintiff Karen Clark hereby advises this Honorable Court that she has reached an agreement in principle with The Ergo Baby Carrier, Inc. The parties are finalizing the settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: September 24, 2021                                Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/  Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　　　　　　　　　Benjamin J. Sweet, Esq
　　　　　　　　　　　　　　　　　　　　　　　　　　Ben@nshmlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15243
　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (412)857-5350

　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 24th day of September, 2021.

                                             */s/ Benjamin J. Sweet*
                                                Benjamin J. Sweet