IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN CLARK,<br><br>    Plaintiff,<br><br>v.<br><br>THE ERGO BABY CARRIER, INC.<br><br>    Defendant. | Civil Action No. 1:21-cv-134<br><br>LEAD CASE |
| JARED CHARLAP<br><br>    Plaintiff,<br><br>  v.<br><br>J&J SNACK FOODS CORP.<br><br>    Defendant. | Civil Action No. 2:21-cv-647<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

Plaintiff Jared Charlap, through his undersigned counsel, hereby advises this Honorable Court that he has reached an agreement in principle with Defendant J&J Snack Foods Corp. The parties are finalizing the settlement documents and expect to file a dismissal within thirty days.

Dated: October 13, 2021

Respectfully Submitted,

NYE, STIRLING, HALE & MILLER, LLP

By:   */s/ Benjamin J. Sweet*
Benjamin J. Sweet, Esq.
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Telephone: 412-857-5350
ben@nshmlaw.com

*Attorneys for Plaintiff Jared Charlap*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 13th day of October, 2021.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet